NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES E. RICHARDSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7156

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2658, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

James E. Richardson moves for a 60-day extension of time, until June 1, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 0 5 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
L. Misha Preheim, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 05 2012

JAN HORBALY
CLERK